■ PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator of the Estate of LAM KWEI SHI, Deceased, Respondent, v CITY OF NEW YORK et al., Appellants. — Judgment, Supreme Court, New York County (Bookson, J.), entered on August 19, 1980, unanimously reversed, on the law and the facts, the motion to set aside the verdict granted, and a new trial ordered on the issue of damages only, without costs and without disbursements, unless plaintiff, within 20 days after service upon him of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in his favor to $90,000 and to the entry of an amended judgment in accordance therewith. If plaintiff so stipulates, the judgment, as so amended and reduced, is affirmed, without costs and without disbursements. After review of the record, the damages appear to us to be excessive to the extent indicated. Concur — Sullivan, J. P., Markewich, Bloom and Fein, JJ.

■ ROSEMARIE ELLICOTT, Respondent, v SLOOP TAVERN, Appellant, et. al., Defendants. — Order, Supreme Court, New York County (Tyler, J.), entered June 30, 1980, denying defendant's motion to dismiss the complaint for delay in prosecution, unanimously modified, on the facts and in the exercise of discretion, to condition the denial of said motion on the payment, within 20 days of the date of this court's order, of $250 costs and the costs of this appeal by plaintiff's attorney; in the event said condition is not complied with, the aforesaid order is reversed, on the law, with costs and disbursements, the motion granted, and the complaint dismissed. It is apparent to us that plaintiff has not abandoned this action which, from the affidavit submitted, appears to have merit. In the circumstances, however, we believe that costs should have been imposed upon plaintiff's attorney, and we condition the denial of defendant's motion accordingly. *(Neyra Y Alba v Pelham Foods,* 46 AD2d 760; *Newell v Lane,* 45 AD2d 704.) Concur — Sullivan, J. P., Markewich, Bloom and Fein, JJ.